**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Juan Jose GALLEGOS-LOPEZ, a.k.a. Juan Jose Gallegos, Defendant-Appellant.**

No. 16-10067

United States Court of Appeals, Ninth Circuit.

---

Submitted February 14, 2017 *

Filed February 27, 2017

Robert Lally Miskell, Assistant U.S. Attorney, USTU—Office of the US Attorney, Tucson, AZ, for Plaintiff-Appellee

Peter Hormel, Esquire, Attorney, Law Office of Peter Hormel, Tucson, AZ, for Defendant-Appellant

Before: GOODWIN, FARRIS, and FERNANDEZ, Circuit Judges.

### MEMORANDUM **

Juan Jose Gallegos-Lopez appeals from the district court's judgment and challenges the 24-month sentence imposed following his guilty-plea conviction for reentry of a removed alien, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Gallegos-Lopez contends that his sentence is substantively unreasonable in light of his cultural assimilation and other mitigating factors, as well as the then-proposed amendments to the illegal reentry guidelines. The court did not abuse its discretion in imposing Gallegos-Lopez's sentence. *See Gall v. United States*, 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007). The below-Guidelines sentence is substantively reasonable in light of the 18 U.S.C. § 3553(a) sentencing factors and the totality of the circumstances, including

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Gallegos-Lopez's criminal history. *See Gall*, 552 U.S. at 51, 128 S.Ct. 586.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.